UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00282-JCM-GWF |
|---|---|
| Plaintiff, | ORDER TO RETURN SURRENDERED PASSPORT |
| v. | |
| JEAN MARC ELJWAIDI, | |
| Defendant. | |

On August 24, 2012, defendant Jean Marc Eljwaidi surrendered his passport card, No. C0608909, and his passport book, No. 452381840, to the Clerk of Court pursuant to the Court's order on conditions of pretrial release (ECF No. 8). Defendant plead guilty and was sentenced on March 4, 2013 (ECF No. 28). Therefore, the Clerk is hereby directed to return defendant's surrendered passport card and passport book to the U.S. Department of State, Office of Legal Affairs.

IT IS SO ORDERED.

Dated July 1, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE